TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
HARSH Y. RONVELIA [SBN 319667]
hronvelia@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant:
3 Blind Mice Window Coverings, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>3 BLIND MICE WINDOW COVERINGS, INC. a California Corporation; and Does 1-10,<br><br>  Defendants. | Case No. '21CV0418 MMALL<br><br>**NOTICE OF REMOVAL**<br><br>San Diego Superior Court Case No. 37-2021-00003534-CU-CR-NC |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendant 3 Blind Mice Window Coverings, Inc. ("Defendant") hereby removes this action from the Superior Court of the State of California for the County of San Diego, Case No. 37-2021-00003534-CU-CR-NC (the "State Case") to the United States District Court for the Southern District of California. The grounds for this removal are:

## FACTUAL SUMMARY

1. On January 25, 2021, plaintiff Chris Langer ("Plaintiff") commenced the State Case alleging, among other things, violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, *et seq.* against Defendant.

2. Plaintiff effectively served Defendant with the summons and Complaint via substituted service on February 22, 2021.

3. The instant notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after Plaintiff's service of the Complaint.

## JURISDICTION

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," which includes the ADA.

5. The district court has supplemental jurisdiction over the alleged state law claim, under California's Unruh Act, because it is so related to the claim over which the district court has original jurisdiction that they "form part of the same case or controversy." 28 U.S.C. § 1367(a).

6. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches as **Exhibit 1** and **Exhibit 2** copies of all process, pleadings, and orders served upon Defendant in the State Case. Exhibit 1 is a true and correct copy of the served process and Exhibit 2 is a true and correct copy of Plaintiff's filed Complaint. For the Court's reference, Defendant hereby also attaches, as **Exhibit 3**, its filed Answer to Plaintiff's Complaint.

DATED: March 10, 2021

SOLOMON WARD SEIDENWURM & SMITH, LLP

By:   */s/ Tanya M. Schierling*
TANYA M. SCHIERLING
HARSH Y. RONVELIA
Attorneys for Defendant
3 Blind Mice Window Coverings, Inc.